# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: ANDRES E SOLIVAN CHARDON<br>DAYSDE ESTREMERA FIGUEROA | Bkrtcy. No. 10-06236-BKT<br>Chapter 13 |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Jul 12, 2010  Meeting Date: Aug 13, 2010  DC Track No. 13

Days from petition date: 32  Meeting Time: 10:00 AM

910 Days before Petition: 1/14/2008  ☐ Chapter 13 Plan Date: Jul 12, 2010 Dkt.#  ☐ Amended.

This is debtor(s) N/A Bankruptcy petition.  Plan Base: $0.00

This is the N/A Scheduled Meeting  Confirmation Hearing Date: Sep 17, 2010  Time: 2:30 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:  Ck/MO No. / Date / Amount  Total Paid In: $0.00

### I. Appearances:
☐ Telephone  ☐ Video Conference  ☒ Creditor(s) present:  ☐ None.
☐ Debtor Present  ☐ ID & Soc. OK  ☒ Debtor Absent  Popular Auto
☐ Joint Debtor Present  ☐ ID & Soc. OK  ☒ Joint Debtor Absent  Hernandez
Debtor(s) was/were  ☐ Examined  ☒ Not Examined under oath.
Attorney for Debtor(s)  ☐ Present  ☒ Not Present
☐ Substitute attorney:  ☐ Pro-se.

### II. Attorneys Fees as per R 2016(b) Statement  Attorney of record: HECTOR FIGUEROA VINCENTY
Total Agreed: $3,000.00  Paid Pre-Petition: $500.00  Outstanding: $2,500.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss: ☒ For Failure to appear; ☒ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☐ Under ☐ Above Median Income.  Liquidation Value: N/A
Commitment Period is ☐ 36 ☐ 60 months. [§1325(b)(1)(B)]  Gen. Unsecured Pool: N/A
The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☒ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: _____

### V. Trustee's OBJECTIONS to Confirmation:
☐ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
NO SHOW, NO PAYMENTS

/s/ José R. Carrión  
Trustee  Presiding Officer  Page 1 of 1  Date: Aug 13, 2010